IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRADLEY C. BIRKENFELD,** : | |
| : | |
| Petitioner : | |
| : | **CIVIL NO. 3:CV-12-0397** |
| **v.** : | |
| : | **(Judge Caputo)** |
| **H.L. HUFFORD, WARDEN,** : | |
| : | |
| Respondent : | |

**O R D E R**

**AND NOW**, this **13th** day of **AUGUST, 2012,** for the reasons discussed in the accompanying memorandum, it is hereby ordered that:

    1. Mr. Birkenfeld's 28 U.S.C. § 2241 habeas petition (Doc. 1) is dismissed as moot.

    2. Respondent's Motion for Leave to File a Supplemental Response (Doc. 18) is denied as moot.

    3. The Clerk of Court is directed to close this case.

                                            **/s/ A. Richard Caputo**
                                             **A. RICHARD CAPUTO**
                                             **United States District Judge**